THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-01823-RPM

LAURA M. ROMERO,

      Plaintiff,

v.

AMERICAN FAMILY MUTUAL INSURANCE COMPANY,

      Defendant.

_____

ORDER GRANTING EXTENSION OF TIME FOR EXPERT DISCLOSURES
_____

Upon review of the Stipulated Motion for Mutual Extension of Time for Expert

Disclosures submitted by the Plaintiff and Defendant, it is

ORDERED that the Stipulated Motion is granted. The deadline for Plaintiff's Expert

Disclosures is extended to April 14, 2014 and the deadline for Defendant's Expert

Disclosures is extended to May 14, 2014.

Dated: February 19th, 2014

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____

                               Richard P. Matsch, Senior District Judge