IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01823-RPM

**LAURA ROMERO**,

    Plaintiff,

v.

**AMERICAN FAMILY MUTUAL INSURANCE COMPANY**,

    Defendant.

_____

### ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER, coming before the Court upon the Stipulation for Dismissal with Prejudice executed by Plaintiff, Laura Romero, and by Defendant, American Family Mutual Insurance Company, and the Court having reviewed the Stipulation and being fully advised;

IT IS HEREBY ORDERED that all claims which were brought and all claims arising out of the captioned matter which could have been brought by Plaintiff, Laura Romero, against Defendant, American Family Mutual Insurance Company, are hereby dismissed WITH PREJUDICE, each party to pay their own costs and fees.

DATED this 25th day of June, 2014.

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge